# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Spraker, Gary A. | 2. Court or Organization<br><br>Bankruptcy Court | 3. Date of Report<br><br>08/04/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address |
|---|
| US Bankruptcy Court<br>Old Federal Building<br>605 West 4th Avenue<br>Anchorage, AK 99501 |

| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spraker, Gary A. | 08/04/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Alaska Permanent Fund Dividend | $1,606.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Alaska Permanent Fund |
| 2. 2019 | Self-employed - attorney |
| 3. 2019 | Self- employed - landlord (separate entity owning law firm building in Fairbanks, Alaska) |
| 4. 2019 | Municipality of Anchorage-attorney |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spraker, Gary A. | 08/04/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | West Publishing | Bankruptcy Exemption Manual 2019 | $527.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | J |
| 2. | American Express | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spraker, Gary A. | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Invesco American Franchise Fund (f/k/a Leisure Fund) | B | Dividend | L | T | | | | | |
| 2. | Franklin Templeton Inv.- Mutual Quest Fund (TEQIX) | C | Dividend | K | T | | | | | |
| 3. | Touchstone Invests - OM Copper Rock Int'l Small Cap Fund Z | A | Dividend | J | T | | | | | |
| 4. | T. Rowe Price Small Cap Value Fund (PRSVX) | A | Dividend | K | T | | | | | |
| 5. | T Rowe Price - Int'l Stock | A | Dividend | K | T | | | | | |
| 6. | Wells Fargo Advantage Funds - Discovery (Inv) | D | Dividend | L | T | | | | | |
| 7. | White Oak Growth | A | Dividend | J | T | | | | | |
| 8. | Vanguard - IRA (H) | | | | | | | | | |
| 9. | - 500 Index Fund (VFIAX) | B | Dividend | M | T | | | | | |
| 10. | - Wellington Fund Admiral Shares (VWENX) | C | Dividend | L | T | | | | | |
| 11. | - Wellesley Income Fund Inv (VWINX) | A | Dividend | J | T | | | | | |
| 12. | - Treasury Money Market (VUSXX) | A | Dividend | L | T | | | | | |
| 13. | - Global Equity Fund (VHGEX) | B | Dividend | K | T | | | | | |
| 14. | - Prime Money Market Fund (VMMXX) | D | Dividend | N | T | | | | | |
| 15. | ABA Retirement Accounts (H) | | | | | | | | | |
| 16. | - Moderate Risk Fund R1 | | Dividend | N | T | | | | | |
| 17. | - 2025 Retirement Date Fimd R1 (fka Lifetime Income) | | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spraker, Gary A. | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  Municipality of Anchorage 401k (H) | | | | | | | | | |
| 19.  - Blackrock Equity Index M | A | Dividend | K | T | | | | | |
| 20.  - DFA World Ex US Core Eq Inst | A | Dividend | L | T | | | | | |
| 21.  - Vanguard Mid-Cap Growth Fund | | Dividend | | | Sold | 09/30/19 | L | | Fund Exchange |
| 22.  - Vanguard Capital Opportunity Adm | D | Dividend | L | T | Buy | 09/30/19 | L | | Fund Exchange |
| 23.  UBS Resource Management Account (H) | | | | | | | | | |
| 24.  - UBS Bank USA Deposit Account | B | Interest | N | T | | | | | |
| 25.  - Nuveen Amt-Free Mun Credtit Inc | D | Dividend | M | T | | | | | |
| 26.  UBS Access Account (H) | | | | | | | | | |
| 27.  - UBS Bank USA Deposit Account | A | Interest | L | T | | | | | |
| 28.  UBS Retirement Account -IRA (H) | | | | | | | | | |
| 29.  - RMA Govt Money Mkt FD (f/k/a UBS Ret. Money Fund) | A | Interest | | | Sold | 11/18/19 | J | | Trnsfr to UBS BankUSA Dep |
| 30.  - UBS Bank USA Deposit Account | A | Interest | M | T | | | | | |
| 31.  - Blackrock Eurofund A (MDEFX) | A | Dividend | J | T | | | | | |
| 32.  - Columbia Seligmann Comm & Info, Class A (SLMCX) | D | Dividend | L | T | | | | | |
| 33.  - Invesco American Value, Class A (MSVAX) | B | Dividend | K | T | | | | | |
| 34.  - Invesco Mid Cap Growth, Class A (OGEAX) | D | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spraker, Gary A. | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | - Invesco Small Cap Discovery Fund, Class B (GTSAX) | D | Dividend | L | T | | | | | |
| 36. | - Victory Munder Multi-Cap Fund Class A (MNNAX) | A | Dividend | J | T | | | | | |
| 37. | - Lord Abbott Bond Debenture Fund, Class A (LBNDX) | C | Dividend | L | T | | | | | |
| 38. | UBS Retirement Account- SEP IRA (H) | | | | | | | | | |
| 39. | - RMA Govt Money Markey FD (f/k/a UBS Bank) | A | Interest | | | Sold | 11/18/19 | K | | Trsfr to UBS BankUSA Dep |
| 40. | - UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 41. | UBS Bank - CODA SEP | A | Interest | L | T | | | | | |
| 42. | Alaska USA Fed. Credit Union | A | Interest | L | T | | | | | |
| 43. | Northrim Bank | A | Interest | J | T | | | | | |
| 44. | Northrim Bank - UTMA 2 | A | Interest | J | T | | | | | |
| 45. | Northrim Bank - III | A | Interest | K | T | | | | | |
| 46. | Wells Fargo Business Checking Account | | None | J | T | | | | | |
| 47. | Wells Fargo Custodian SEP IRA - Money Market | A | Interest | J | T | | | | | |
| 48. | TJT Boreal Investments LLC (Fairbanks, Alaska) | A | Rent | K | U | | | | | |
| 49. | American Enter. Inv. Serv. Inc.-Cap Inc Bldr A | A | Dividend | J | T | | | | | |
| 50. | Cohen & Steer Closed End Opp. Fund Inc | A | Dividend | J | T | | | | | |
| 51. | Franklin Inc. Cl. A | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Spraker, Gary A.** | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Regions Fin. Corp. | A | Dividend | J | T | | | | | |
| 53. Ameriprise Enter. - Cash | A | Interest | J | T | | | | | |
| 54. Oregon State University Fed Credit Union | A | Interest | J | T | | | | | |
| 55. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Spraker, Gary A.** | 08/04/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

III.A. Non-Investment Income.  I filed for the 2019 Alaska Permanent Fund Dividend but had to provide additional information before receiving the dividend payment.  The payment was actually received in 2020.

V. Gifts.  I received a copy of West Publishing's Bankruptcy Exemption Manual as a contributing author.  The retail sales price of the book now appears to be $527.00, so I included it in the gift section as it is over the $390 minimum.

VII. Investments and Trusts - I have not been able to determine the income attributable to the ABA Retirement Funds for Moderate Risk Fund R1 and 2025 Retirement Date Fund R1.  I have accessed the applicable website and have called.  I have requested further information that has not been provided to date.

| Name of Person Reporting | Date of Report |
|---|---|
| Spraker, Gary A. | 08/04/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gary A. Spraker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544